KPO/2007R01175

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 07-855 |
| ALBERT GILBERT | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses Indictment No. 07-855 against Albert Gilbert, which Indictment was filed on October 23, 2007, charging him with being a felon in possession of a weapon, in violation of Title 18, United States Code, Section 922(g)(1), for the reason that the Indictment of Albert Gilbert has been superseded by Indictment No. 07-856.

This dismissal is without prejudice.

_/s/ Christopher J. Christie_
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_/s/ Dennis M. Cavanaugh_
HON. Dennis M. Cavanaugh
United States District Judge

Date: April 2, 2008.